# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

146961

RESIDENTIAL CREDIT SOLUTIONS, INC.,

Plaintiff-Appellee,

v

BRENDA C. MARCH,

Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146961
COA: 310702
Ingham CC: 11-001097-AV

_____/

On order of the Court, the application for leave to appeal the March 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826